24-72637-

TO WHOEVER IT CONCERN

MY NAME IS D'UANTE TABRON AND MY BANKRUPTCY CASE GOT DISMISS BECAUSE I MISS A HEARING ON THE 16th OF JAN. I DIDNT GET NOTICE THAT I SUPPOSED TO ATTEND A DIFFERENT HEARING ABOUT THE CASE AFTER SEEING THE TRUSTEE. PLUS I WASN'T FEELING WELL, I HAD A COLD AND RECENTLY I WAS RUSH TO THE ER FOR THAT COLD AND I COULDN'T BREATHE. SO I WAS WONDERING COULD I GET THE HEARING RESCHEDULED. YOU CAN REACH ME @ 757-239-7198 OR VIA EMAIL @ DWTABRON23@icloud.com. THANK YOU

SIGN Dwonte Tabron      FEB 10 2025

2025 FEB 11 AM 10: 54
CLERK
U.S. BANKRUPTCY COURT
NORFOLK DIVISION